# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY CORIA, AN INDIVIDUAL;
AND MCKAYLA INC., D/B/A ALAMO
HAND CAR WASH & DETAIL, A
NEVADA CORPORATION,
    Appellants/Cross-Respondents,
                vs.
ERIC LORETO JORDAN,
    Respondent/Cross-Appellant.

No. 84058

FILED

OCT 07 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND CROSS-APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal and cross-appeal are dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joanna Kishner, District Judge
       Stephen E. Haberfeld, Settlement Judge
       Stephenson & Dickinson, P.C.
       Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
       Prince Law Group
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-31666